**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1367

PATRICK O. CHRISTIAN,

Plaintiff – Appellant,

v.

RODNEY MOORE; DANIEL E. BAILEY, JR.; JAMES TOWNSEND; TOM CALLAHAN; CARSON DEAN; BURKE, Dr.; LYNN R. HOLMES; ROBERT B. NIPPER; LISA BELL; ROBERT GUILLET; DUSTIN ELLIOT; MICHAEL JORDAN; PAUL BANNEMAN; BURGESS, Dr.; BOWMAN, Dr.; Greyhound Manager,

Defendants - Appellees.

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, Chief District Judge. (3:13-cv-00100-FDW-DSC)

Submitted: July 25, 2013                    Decided: July 29, 2013

Before GREGORY, DAVIS, and THACKER, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Patrick O. Christian, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patrick O. Christian appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915(e)(2)(B) (2006) and denying his Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find that this appeal is frivolous. Accordingly, we dismiss the appeal for the reasons stated by the district court. Christian v. Moore, No. 3:13-cv-00100-FDW-DSC (W.D.N.C. Feb. 28 & Mar. 11, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2